IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GENE BEAUFORD,<br>　　　　*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-21-CV-00295-XR |
| 4E BRAND NORTH AMERICA, LLC,<br>BJ'S WHOLESALE CLUB, INC.,<br>　　　　*Defendants* | §<br>§<br>§<br>§ | |

## ORDER

In its order informing Plaintiff of the withdrawal of his counsel's, the Court stated:

> No later than **September 23, 2021**, Plaintiff shall either (1) file a written advisory to the Court that he intends to proceed without counsel; (2) obtain new counsel and have that counsel enter a written appearance; (3) notify the Court that he no longer wishes to prosecute this case and move to voluntarily dismiss this case; or (4) move for additional time to comply with this Order. Failure to comply with this Order may result in dismissal of this case.

*See* ECF No. 17. A copy of the Order was sent to Beauford via regular mail at his last known address and by email. Plaintiff has not filed an advisory with the Court, and the deadline for doing so has expired.

Federal Rule of Civil Procedure 41(b) provides that "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FED. R. CIV. P. 41(b). A district court *sua sponte* may dismiss an action for failure to prosecute or to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). The Court's authority to dismiss a case for failure to prosecute is based on the Court's inherent authority to manage and administer its own affairs to ensure the orderly and expeditious disposition of cases. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

Plaintiffs have failed to respond to the Court's order as directed. FED. R. CIV. P. 41(b). Beauford's failure to file the mandated advisory suggests he no longer wishes to pursue the case.

**IT IS THEREFORE ORDERED** that Beauford's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to FED. R. CIV. P. 41(b) for failure to prosecute and failure to comply with the Court's prior Orders. *See* FED. R. CIV. P. 41(b). A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to mail a copy of this Order to Gene Beauford, 6 Wyndham Rd., Brentwood, NY 11717 by and to provide a copy by email to genebeauford@gmail.com.

It is so **ORDERED**.

SIGNED this 9th day of November, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE