IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GENE BEAUFORD,<br>*Plaintiff*<br><br>-vs-<br><br>4E BRAND NORTH AMERICA, LLC,<br>BJ'S WHOLESALE CLUB, INC.,<br>*Defendants* | SA-21-CV-00295-XR |

### FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of this Court's Order dismissing Plaintiff Gene Beauford's complaint pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's August 23, 2021 Order, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff Gene Beauford's claims against Defendants 4e Brand North America, LLC and BJ's Wholesale Club, Inc. are **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's August 23, 2021 Order.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 9th day of November, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE